UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| XAVIER AND PAULA DONALDSON, o/b/o X.D., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>MONTCLAIR PUBLIC SCHOOL DISTRICT, *et al.,*<br><br>Defendants. | Case No. 20–cv–07445–ESK<br><br><br>ORDER |

**THIS MATTER** having come before the Court on plaintiffs' motion for approval of settlement (Motion) (ECF No. 45); and no opposition having been filed; and the Court having conducted a hearing on the Motion on June 30, 2022; and for the reasons stated on the record at the hearing,

**IT IS** on this  7th day of **July 2022**  **ORDERED** that:

1. The Motion is **GRANTED** and the settlement is approved. The Clerk of the Court is directed to terminate the Motion at ECF No. 45.

2. This matter is dismissed with prejudice.

*/s/ Edward S. Kiel*
**EDWARD S. KIEL**
**UNITED STATES MAGISTRATE JUDGE**